UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND; TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF AND
CHARITY FUND; THE CARPENTER
CONTRACTOR ALLIANCE OF METROPOLITAN
NEW YORK; and NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS,

                         Petitioners,                    21 **CIVIL** 7877 (KPF)

         -against-                                    **JUDGMENT**

LAND CRUISING PROPERTIES INC.,
                        Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 15, 2022, the Petition is GRANTED. Judgment is entered in the amount of $24,328.86, consisting of: (i) the arbitration award of $22,207.50; (ii) $1,181.86 in prejudgment interest; (iii) $862.50 in attorneys' fees; (iv) and $77 in costs. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated**: New York, New York
        April 21, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                              BY:
                                                        **Deputy Clerk**